USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TIERRA WILLIAMS,                                :
                                                :
                              Plaintiff,        :
                                                :            1:19-cv-02973-GHW
              -against-                         :
                                                :            MEDIATION WITHDRAWAL
                                                :                    ORDER
CONSTRUCTION AND REALTY SERVICES                :
GROUP, INC., TRADE OFF LLC, and RONALD          :
LATTANZIO,                                      :
                                                :
                              Defendants.       :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

    It is hereby ORDERED that this case is withdrawn from the Court-annexed Mediation Program.

Dated:   October 26, 2019
         New York, New York

                                             GREGORY H. WOODS
                                            United States District Judge