

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/19

Kaufman Dolowich & Voluck, LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797

Telephone: 516.681.1100
Facsimile: 516.681.1101

www.kdvlaw.com

December 12, 2019

**Via ECF**
The Honorable Gregory H. Woods
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMORANDUM ENDORSED**

Re.: **Williams v. Construction and Realty Services Group, et al., 19-cv-02973**

Dear Judge Woods:

As counsel for Defendants in the above-referenced matter, I write to request that the conference now set for January 6, 2020 at 4:00 p.m. be rescheduled, due to a scheduling conflict. Counsel for Plaintiff consents to this request. We have consulted regarding our respective availability, and we are both available on January 8 and 10, as well as the week of January 13th.

We thank the Court for its consideration of this request.

Respectfully submitted,

*Lisa Skruck*

Lisa Skruck

cc: Jason Solotaroff (via ECF)

Application granted. The status conference currently scheduled for January 6, 2020 is adjourned to January 8, 2020 at 12:00 p.m. The joint letter described in the Court's August 19, 2019 Case Management Plan and Scheduling Order is due no later than January 2, 2020.

SO ORDERED.

Dated: December 16, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge

New York | New Jersey | Pennsylvania | Florida | Illinois | California