```
UNITED STATES DISTRICT COURT                          USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                         DOCUMENT
-----------------------------------------------------------X  ELECTRONICALLY FILED
TIERRA WILLIAMS,                                  :   DOC #: _____
                                                  :   DATE FILED: 01/08/20
                               Plaintiff,         :
                                                  :      1:19-cv-02973-GHW
           -against-                              :
                                                  :           ORDER
CONSTRUCTION AND REALTY SERVICES                  :
GROUP, INC., TRADE OFF LLC, and RONALD            :
LATTANZIO,                                        :
                                                  :
                               Defendants.        :
-----------------------------------------------------------X
```

GREGORY H. WOODS, United States District Judge:

A jury trial in this matter will begin on Monday April 20, 2020 at 9:00 a.m. The Court will hold a final pretrial conference in this case on April 10, 2020 at 1:00 p.m. Both the final pretrial conference and the jury trial will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007.

The parties are directed to submit the following materials no later than March 19, 2020: (1) the joint pretrial order and other submissions permitted or required under Rule 5 of the Court's Individual Rules of Practice in Civil Cases, (2) a proposed brief, mutually acceptable description of the case, to be read to the venire, and (3) a proposed brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements.

SO ORDERED.

Dated: January 8, 2020  
New York, New York  

                                                                           GREGORY H. WOODS  
                                                                           United States District Judge