```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/20
```



Kaufman Dolowich & Voluck, LLP

135 Crossways Park Drive, Suite 201
Woodbury, New York 11797

Telephone: 516.681.1100
Facsimile: 516.681.1101

www.kdvlaw.com

**Lisa Skruck, Esq.**
LSkruck@kdvlaw.com

June 16, 2020

The Honorable Gregory H. Woods
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMORANDUM ENDORSED**

Re.:   *Williams v. Construction & Realty Services Group, Inc. et al.*
       1:19-cv-02973-GHW

Dear Judge Woods:

Further to our last update in the above-referenced case, the parties expect to sign the settlement agreement this week. The parties therefore request to be excused from filing a joint pretrial order as is currently calendared for June 17, 2020.

The parties will update the Court when the settlement has been finalized and payment has been made.

We thank the Court for its consideration of this matter.

Sincerely,

*Lisa Skruck*

Lisa Skruck

Application granted. The deadline for the parties to file the joint pretrial order, and all other pretrial materials, is extended to July 8, 2020.
SO ORDERED.

Dated: June 17, 2020

_____
GREGORY H. WOODS
United States District Judge