# GISKAN SOLOTAROFF & ANDERSON LLP
## Attorneys at Law

July 8, 2020

**BY ECF**
The Honorable Gregory H. Woods
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

  Re: *Williams v. Construction Realty Services Group, Inc., et al.*
     **Case No.: 19-cv-02973 (GHW)**

Dear Judge Woods:

  My firm represents Plaintiff Tierra Williams in the above-referenced matter. I write to report that the matter has been settled as part of a global settlement with the New York Attorney General's Office and Ms. Williams expects to receive her settlement proceeds in the next several days. I expect to be able to file a stipulation of discontinuance with prejudice in the next several days.

  Thank you for your attention to this matter.

                 Sincerely yours,

                 /s

                 Jason L. Solotaroff

cc: Lisa Skruck, Esq.